UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**GARDEN CITY BOXING CLUB, INC.**          Civil Action No.  07-cv-04738

      **Plaintiff,**

      .v.          **RULE 7.1 STATEMENT**

**EL CHICANITO REST. BAR INC.,**
d/b/a **EL CHICANITO RESTAURANT BAR**
and **ENEDINA MAGDALENO**

      **Defendants,**
-----------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for  Garden City Boxing Club, Inc.  (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.


Date: 6/1/07                                   /s/ Paul J. Hooten
                                      **Signature of Attorney**

                                      **Attorney Bar Code: PJH9510**


Form Rule7_1.pdf