UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARDEN CITY BOXING CLUB, INC.
    Plaintiff,      Index # 07-CV-4738

 -against-

              **CERTIFICATE OF SERVICE**

EL CHICANITO REST. BAR INC.
d/b/a EL CHICANITO RESTAURANT BAR
and ENEDINA MAGDALENO
    Defendants,
_____

 I certify that a copy of the Notice of Initial Pretrial Conference was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on September 10, 2007:

To: Enedina Magdaleno
   536 E. 138th Street
   Bronx, NY 10454

   El Chicanito Rest. Bar Inc
   d/b/a El Chicanito Restaurant Bar
   536 E. 138th Street
   Bronx, NY 10454


        By: /s/ Lucille Eichler
           Lucille Eichler
           Paul J. Hooten & Associates
           5505 Nesconset Highway, Suite 203
           Mt. Sinai, NY 11766