UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

GARDEN CITY BOXING CLUB, INC.,
                Plaintiff,

INDEX # 07-CV-4738

ORDER TO SHOW CAUSE

-against-

EL CHICANITO REST. BAR INC.
d/b/a EL CHICANITO RESTAURANT BAR
and ENEDINA MAGDALENO
                Defendant,
-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/07
```

    Upon the annexed affidavit of Paul J. Hooten, Esq. sworn to September 27, 2007 and upon all the papers and proceedings herein:

    Let the defendants show cause at: United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007 on _October 26_, 2007 at _noon_ ~~a.m./p.m.~~ or as soon thereafter as counsel may be heard, why an order allowing the plaintiff to enter a default judgment against the defendant and for other and further relief as may be just and proper should not be granted.

    SERVICE of a copy of this Order to Show Cause, and annexed Affidavit, upon the defendants, via process server, on or before _October 5_ shall be deemed good and sufficient. _Opposition shall be filed by October 12, 2007._

    PROOF OF SUCH SERVICE may be filed in the Clerk's office before the return date of this Order to Show Cause.

Defendant:

El Chicanito Rest. Bar, Inc.
d/b/a El Chicanito Restaurant Bar
536 E. 138th Street
Bronx, NY 10454

Enedina Magdaleno
536 E. 138th Street
Bronx, NY 10454

SO ORDERED:

_/s/ Denise Cote_  _October 1, 2007_
Denise Cote
United States District Court Judge