FORM 19 - SECRETARY OF STATE - 306 BCL
1PEN899890 - PAUL J HOOTEN ESQ

UNITED STATES SOUTHERN DIST. COURT - NEW YORK COUNTY

**GARDEN CITY BOXING CLUB INC,**

    PLAINTIF'

- vs.-

EL CHICANITO REST. BAR, INC DBA EL CHICANITO RESTAURANT BAR ET ANO,

    DEFENDANT

Index No: 07CV4738
Date Filed: / /
Office No:
Court Date: 10/26/2007

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**STEVEN AVERY** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on 10/05/2007 at 10:15AM at the office of the Secretary of State of the State of New York in the City of Albany, New York, I served the ORDER TO SHOW CAUSE upon EL CHICANITO REST. BAR, INC DBA EL CHICANITO RESTAURANT BAR the DEFENDANT in this action by delivering to and leaving with CAROL VOGT, CLERK AUTHORIZED TO ACCEPT in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40.00. That said service was made pursuant to Section 306 of the BCL.

Deponent further states, he knew the said served to be an authorized CLERK AUTHORIZED TO ACCEPT in the Corporate Division of the State of New York.

Deponent further describes the person actually served as follows:

| | | |
|---|---|---|
| SEX: FEMALE | COLOR: WHITE | HAIR: BLACK |
| APP. AGE: 50 | APP. HT: 5'3 | APP. WT: 135 |
| OTHER IDENTIFYING FEATURES: | | |

Sworn to before me on **10/05/2007**,

NEIL SIMENSKY
Notary Public, State of New York
No.01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2010

STEVEN AVERY
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML

