USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-16-08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
GARDEN CITY BOXING CLUB, INC.,          :
                      Plaintiff,        :
                                        :       07 Civ. 4738 (DLC)
           -v-                          :
                                        :            ORDER
EL CHICANITO REST. BAR INC.             :
d/b/a EL CHICANITO RESTAURANT BAR       :
and ENEDINA MAGDALENO,                  :
                      Defendant.        :
                                        :
                                        :
----------------------------------------X
                                        :
GARDEN CITY BOXING CLUB, INC.,          :
                      Plaintiff,        :
                                        :       07 Civ. 4739 (DLC)
           -v-                          :
                                        :
PEEK A BOO SPORTS BAR INC.              :
d/b/a PEEK A BOO SPORTS BAR             :
and ELSA BADIA,                         :
                      Defendants.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

By Order dated December 3, 2007, the plaintiff was required to file renewed proposed Orders to Show Cause no later than January 11, 2008. The Order of December 3 alerted the plaintiff that failure to file properly supported Orders to Show Cause by January 11 and comply with this Chambers' Individual Procedures in Civil Cases, the Southern District of New York Local Rules of Civil Procedure, and Federal Rules of Civil Procedure would

result in dismissal of its action. The plaintiff having failed to file such Orders to Show Cause by January 11, it is hereby

ORDERED that the plaintiff's actions are dismissed.

SO ORDERED:

Dated:   New York, New York
         January 16, 2008

                                    _____
                                              DENISE COTE
                                    United States District Judge

2